**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| **IN RE: MARK WEEKS** | **CASE NO. 15-14023-NPO** |
| **DEBTOR** | **CHAPTER 13** |

**CERTIFICATE OF SERVICE**

The undersigned does hereby certify that on June 7, 2016, a true and correct copy of the *Joint Motion to Sell Real Property of the Estate Free and Clear of Liens, Claims, and Interests Under 11 U.S.C. § 363(f)* (Dkt. # 30, the "Motion") was served via the Court's ECF notice system on all parties signed up to receive such notices, including the following:

| | |
|---|---|
| *Locke D. Barkley* | sbeasley@barkley13.com |
| *W. Heath Franklin* | rhonda@franklinlawfirmpllc.onmicrosoft.com |
| *William H. Leech* | bleech@cctb.com |
| *Sylvie Derdeyn Robinson* | sylvie.robinson@dor.ms.gov |
| *U. S. Trustee* | USTPRegion05.AB.ECF@usdoj.gov |

The undersigned does hereby further certify that on June 8, 2016, a true and correct copy of the Motion, together with its exhibits and the notice of hearing thereon (Dkt. # 31) was mailed by first-class mail, postage prepaid, to all creditors and parties-in-interest listed on the Court's mailing Matrix attached hereto as Exhibit "A."

**THIS** the 9th day of June, 2016.

Respectfully submitted,

By: /s/ Christopher H. Meredith
William H. Leech, MSB No. 1175
Sarah Beth Wilson, MSB No. 103650
Christopher H. Meredith, MSB No. 103656
Timothy J. Anzenberger, MSB No. 103854
*Counsel for Southern Bancorp Bank*

OF COUNSEL
C※opeland※, C※ook※, T※aylor※ & B※ush※, P.A.
600 Concourse, Suite 100
1076 Highland Colony Parkway (Zip—39157)
P.O. Box 6020
Ridgeland, MS  39158
Telephone:  (601) 856-7200
Facsimile:   (601) 856-7626
bleech@cctb.com
sbwilson@cctb.com
cmeredith@cctb.com
tanzenberger@cctb.com

## CERTIFICATE OF SERVICE

Service provided via Notice of Electronic Filing (NEF) through ECF:

| | |
|---|---|
| *Locke D. Barkley* | sbeasley@barkley13.com |
| *W. Heath Franklin* | rhonda@franklinlawfirmpllc.onmicrosoft.com |
| *William H. Leech* | bleech@cctb.com |
| *Sylvie Derdeyn Robinson* | sylvie.robinson@dor.ms.gov |
| *U. S. Trustee* | USTPRegion05.AB.ECF@usdoj.gov |

**THIS** the 9th day of June, 2016.

/s/ Christopher H. Meredith
Of Counsel