CM/ECF hrg11bk
(Rev. 12/04/09)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

Cochran U.S. Bankruptcy Courthouse
703 Highway 145 North
Aberdeen, MS 39730
Telephone: 662−369−2596

In Re: Mark Weeks
Debtor(s)

Case No.: 15−14023−NPO
Chapter: 13
Judge: Neil P. Olack

PLEASE TAKE NOTICE that a hearing will be held at

Greenville Federal Building, 305 Main Street, Greenville, MS 38701

on 7/21/16 at 10:00 AM

Responses Due: 7/5/16

to consider and act upon the following:

*30* – Joint Motion to Sell Property Free and Clear of Liens under Section 363(f), by the Debtor, the Trustee, and Southern Bancorp Bank. Fee Amount $176 Filed by Christopher H. Meredith on behalf of Southern Bancorp Bank. (Attachments: # 1 Exhibit A: Contract # 2 Exhibit B: Southern Bancorp Deeds of Trust) (Meredith, Christopher)

Should any party receiving this notice respond or object to said motion such response or objection is required to be filed with the Clerk of this court and served on the Attorney for Movant on or before said response due date. If any objection or response is filed, a hearing will be held on the above mentioned date; otherwise, the Court may consider said motion immediately after the objection or response due date. Please note that a corporation, partnership, trust, or other business entity, other than a sole proprietorship, may appear and act in Bankruptcy Court only through a licensed attorney.

A copy of the motion is required to be served pursuant to Rules 9013 and 9014, FRBkP. THE MOVING PARTY'S ATTORNEY IS REQUIRED BY THE STANDING ORDER TO PERFORM NOTICING AS TO SAID MOTION, THE NOTICE OF HEARING, AND THE OBJECTION DEADLINE, ACCORDING TO THE TERMS OF SAID STANDING ORDER. Please see the Standing Order available at:
http://www.msnb.uscourts.gov/sites/msnb/files/so_notic_revised.pdf.

Dated: 6/8/16

David J. Puddister
Clerk, U.S. Bankruptcy Court

BY: PHW
Deputy Clerk